

# THE THIRTEENTH COURT OF APPEALS

## 13-21-00250-CR

MONTE RODNEY SCALES JR.
v.
THE STATE OF TEXAS

On Appeal from the
36th District Court of San Patricio County, Texas
Trial Court Cause No. S-17-3011CR

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERS judgment in accordance with its opinion.

We further order this decision certified below for observance.

November 10, 2022